1   BRANDON L. PHILLIPS, ESQ.
    Nevada Bar No. 12264
2   BRANDON L. PHILLIPS, ATTORNEY AT LAW, PLLC
    3960 Howard Hughes Pkwy, Suite 500
3   Las Vegas, NV 89169
    (702) 795-0097, (702) 795-0098 fax
    blp@abetterlegalpractice.com
4   *Attorney for Plaintiff, Siavash Bakhtiari*

5

6                    **UNITED STATES DISTRICT COURT**

7                         **DISTRICT OF NEVADA**

8   SIAVASH BAKHTIARI, an individual,

9                              Plaintiffs,          Federal Case No.: 2:14-CV-00116-APG
                                                    State Case No.: A-14-694144-C
10  v.

11  CENTRAL   MORTGAGE   COMPANY,  a         [~~PROPOSED~~]
    Nevada    limited    liability   company;  **ORDER GRANTING EMERGENCY**
12  MORTGAGE           ELECTRONIC            **MOTION FOR TEMPORARY**
    REGISTRATION   SYSTEMS,   INC.,   A      **RESTRAINING ORDER**
13  foreign   entity;   AMERICAN   HOME
    MORTGAGE,   a   Delaware;   MTC
14  FINANCIAL INC. DBA TRUSTE CORPS., a
    Nevada   qualified   foreign   corporation;
15  AMERICAN   SERVICING   COMPANY,  a
    foreign   entity;   NATIONAL   DEFAULT
16  SERVICING   CORPORATION,  a   Nevada
    qualified foreign corporation, and DOES I
17  through X, inclusive, and ROE BUSINESS
    ENTITIES XI-XX, inclusive,
18
                             Defendants.
19

20        Upon Plaintiff's Emergency Motion For Temporary Restraining Order and upon

21  reviewing the Motion of Plaintiff, all pleadings and other papers on file herein, and good cause

22  appearing therefore:

23        **IT IS ORDERED THAT** Plaintiff's Emergency Motion for a temporary restraining

24  order is hereby GRANTED.

25        **IT IS FURTHER ORDERED THAT** a temporary restraining order, is issued

26  restraining the Defendants, their agents, attorneys and representatives, and all persons acting in

27  concert or participation with them, from selling, attempting to sell, or causing to be sold the

28

Property, identified in Plaintiff's complaint, which is located at 145 E. Harmon Ave, #2111, Bldg A, Las Vegas, Nevada 89109, City of Las Vegas, County of Clark, State of Nevada, Assessor Parcel Number 162-21-315-299, either under the power of sale clause contained in the Deed of Trust or by a judicial foreclosure action;

**IT IS FURTHER ORDERED THAT** this temporary restraining order shall expire on the _31st_ day of _January_ at _5:00_ .M, _unless otherwise ordered by this court._

**IT IS FURTHER ORDERED THAT** on the _30th_ day of _January_, 2014, at the hour of _10:30 A_.m., or soon thereafter as counsel may be heard in Department _____ ~~of said Court, at the Regional Justice Center, 200 Lewis Avenue, Las Vegas, Nevada 89155,~~ a hearing will be held on Plaintiff's Motion for Preliminary injunction, restraining the Defendants, their agents, attorneys and representatives, and all persons acting in concert or participation with them, from selling, attempting to sell, or causing to be sold the Property either under the power of sale clause contained in the Deed of Trust or by a judicial foreclosure action, the Property identified in Plaintiff's complaint, which is located at 145 E. Harmon Ave, #2111, Bldg A, Las Vegas, Nevada 89109, City of Las Vegas, County of Clark, State of Nevada, Assessor Parcel Number 162-21-315-299, either under the power of sale clause contained in the Deed of Trust or by a judicial foreclosure action, while this action is pending.

**IT IS FURTHER ORDERED THAT** this Order, the Plaintiff's Emergency Motion and supporting papers shall be served by personal delivery on local Defendants or if known, their attorney and upon non-local Defendants by electronic means the _24th_ day of _January_, 2014.

~~**IT IS FURTHER ORDERED THAT** all papers opposing the motion shall be filed by each Defendant by the _____ day of _____, 2014, and shall be served by~~

BRANDON L. PHILLIPS
Attorney at Law, PLLC
3960 Howard Hughes Parkway
Suite 500
LAS VEGAS, NEVADA 89169

1

2

3  ~~PERSONAL DELIVERY~~ on the attorney of record for Plaintiffs by the _____ day of

4  _____, 2014.

5     **IT IS FURTHER ORDERED THAT** all reply papers shall be filed by the attorney of

6  record for Plaintiff by the _____ day of _____, 2014, and shall be served by

7  personal delivery on the attorney of record for each responding Defendant, and by personal

8  delivery or by electronic means on non-responding Defendants or their counsel, if known, by the

9  _____ day of _____, ~~2014.~~

10

11     **IT IS FURTHER ORDERED THAT** Plaintiff shall post a bond in the amount of

    $ 1,000.00.

12

13     DATED this 23^th day of January , 2014. at 5:09 a.m.

14

15     _____

16         **FEDERAL DISTRICT COURT JUDGE**

17

18  Submitted By:
   BRANDON L. PHILLIPS, ATTORNEY AT LAW, PLLC

19

20  _____

21  BRANDON L. PHILLIPS, ESQ.
   Nevada Bar No. 12264

22  3960 Howard Hughes Pkwy, Suite 500
   Las Vegas, NV 89169

23  (702) 795-0097, (702) 795-0098 fax
   Attorney for Plaintiff

24

25

26

27

28

BRANDON L. PHILLIPS
Attorney at Law, PLLC
3960 Howard Hughes Parkway
Suite 500
LAS VEGAS, NEVADA 89169

3 of 3