BRANDON L. PHILLIPS, ESQ.
Nevada Bar No. 12264
BRANDON L. PHILLIPS, ATTORNEY AT LAW, PLLC
3960 Howard Hughes Pkwy, Suite 500
Las Vegas, NV 89169
(702) 795-0097, (702) 795-0098 fax
blp@abetterlegalpractice.com
*Attorney for Plaintiff, Siavash Bakhtiari*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SIAVASH BAKHTIARI, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>CENTRAL MORTGAGE COMPANY, a Nevada limited liability company; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., A foreign entity; AMERICAN HOME MORTGAGE, a Delaware; MTC FINANCIAL INC. DBA TRUSTE CORPS., a Nevada qualified foreign corporation; AMERICAN SERVICING COMPANY, a foreign entity; NATIONAL DEFAULT SERVICING CORPORATION, a Nevada qualified foreign corporation, and DOES I through X, inclusive, and ROE BUSINESS ENTITIES XI-XX, inclusive,<br><br>Defendants. | Federal Case No.: 2:14-CV-00116-APG<br>State Case No.: A-14-694144-C<br><br>[~~PROPOSED~~]<br>**ORDER GRANTING EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER** |

Upon Plaintiff's Emergency Motion For Temporary Restraining Order and upon reviewing the Motion of Plaintiff, all pleadings and other papers on file herein, and good cause appearing therefore:

**IT IS ORDERED THAT** Plaintiff's Emergency Motion for a temporary restraining order is hereby GRANTED.

**IT IS FURTHER ORDERED THAT** a temporary restraining order, is issued restraining the Defendants, their agents, attorneys and representatives, and all persons acting in concert or participation with them, from selling, attempting to sell, or causing to be sold the

Property, identified in Plaintiff's complaint, which is located at 145 E. Harmon Ave, #2111, Bldg A, Las Vegas, Nevada 89109, City of Las Vegas, County of Clark, State of Nevada, Assessor Parcel Number 162-21-315-299, either under the power of sale clause contained in the Deed of Trust or by a judicial foreclosure action;

**IT IS FURTHER ORDERED THAT** this temporary restraining order shall expire on the 31st day of January at 5:00 p.M, unless otherwise ordered by this court.

**IT IS FURTHER ORDERED THAT** on the 30th day of January, 2014, at the hour of 10:30 A .m., or soon thereafter as counsel may be heard in Department _____ of said Court, ~~at the Regional Justice Center, 200 Lewis Avenue, Las Vegas, Nevada 89155;~~ a hearing will be held on Plaintiff's Motion for Preliminary injunction, restraining the Defendants, their agents, attorneys and representatives, and all persons acting in concert or participation with them, from selling, attempting to sell, or causing to be sold the Property either under the power of sale clause contained in the Deed of Trust or by a judicial foreclosure action, the Property identified in Plaintiff's complaint, which is located at 145 E. Harmon Ave, #2111, Bldg A, Las Vegas, Nevada 89109, City of Las Vegas, County of Clark, State of Nevada, Assessor Parcel Number 162-21-315-299, either under the power of sale clause contained in the Deed of Trust or by a judicial foreclosure action, while this action is pending.

**IT IS FURTHER ORDERED THAT** this Order, the Plaintiff's Emergency Motion and supporting papers shall be served by personal delivery on local Defendants or if known, their attorney and upon non-local Defendants by electronic means the 24th day of January, 2014.

~~**IT IS FURTHER ORDERED THAT** all papers opposing the motion shall be filed by each Defendant by the _____ day of _____, 2014, and shall be served by~~

BRANDON L. PHILLIPS
Attorney at Law, PLLC
3960 Howard Hughes Parkway
Suite 500
LAS VEGS, NEVADA 89169

1

2   ~~PERSONAL DELIVERY~~ on the attorney of record for Plaintiffs by the _____ day of

3   _____, 2014.

4

5   **IT IS FURTHER ORDERED THAT** all reply papers shall be filed by the attorney of

6   record for Plaintiff by the _____ day of _____, 2014, and shall be served by

7   personal delivery on the attorney of record for each responding Defendant, and by personal

8   delivery or by electronic means on non-responding Defendants or their counsel, if known, by the

9   _____ day of _____, ~~2014~~.

10

11   **IT IS FURTHER ORDERED THAT** Plaintiff shall post a bond in the amount of $1,000.00.

12

13   DATED this 23rd day of January, 2014. at 5:09 pm.

14

15   _____
      **FEDERAL DISTRICT COURT JUDGE**
16

17

18   Submitted By:
     BRANDON L. PHILLIPS, ATTORNEY AT LAW, PLLC
19

20   _____

21   BRANDON L. PHILLIPS, ESQ.
     Nevada Bar No. 12264
22   3960 Howard Hughes Pkwy, Suite 500
     Las Vegas, NV 89169
23   (702) 795-0097, (702) 795-0098 fax
     Attorney for Plaintiff
24

BRANDON L. PHILLIPS
Attorney at Law, PLLC
3960 Howard Hughes Parkway
Suite 500
Las Vegs, Nevada 89169

3 of 3